UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -8 AM 10: 06
CLERK U.S. DISTRICT
SOUTHERN DIST...

'08 MJ 1454

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Brian Mitchell EDWARDS** )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | BY: _____ DEPUTY<br>Magistrate Case No._____<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Illegal Aliens<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about **May 7, 2008**, within the Southern District of California, defendant **Brian Mitchell EDWARDS**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Juan Martin LEON-Guerrero, Maria MONTIABLO-Luna, and Miguel Angel LAZARO-Sarabia**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF **MAY, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Juan Martin LEON-Guerrero, Maria MONTIABLO-Luna, Miguel Angel LAZARO-Sarabia** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 7, 2008, at approximately 0415 hours, **Brian Mitchell EDWARDS (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver and sole visible occupant of a stolen red Honda Civic. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant made two negative customs declarations and declared United States citizenship. The CBP officer conducted an inspection of the vehicle and discovered individuals concealed within the trunk. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed four individuals from the trunk of the vehicle. All four individuals were identified as citizens of Mexico without legal documents to enter the United States. Three of the four individuals were retained as Material Witnesses and are now identified as **Juan Martin LEON-Guerrero (MW1), Maria MONTIABLO-Luna (MW2), and Miguel Angel LAZARO-Sarabia (MW3).**

During a videotaped interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted knowledge of the concealed aliens. Defendant admitted he was going to receive approximately $200.00 USD to smuggle the aliens into the United States. Defendant stated he was going to drive the vehicle across the border and leave it in Chula Vista, California.

On separate videotaped interviews, all Material Witnesses declared they are citizens of Mexico without legal rights or entitlements to enter the United States. Material Witnesses stated they were going to pay between $2,000.00 and $4,000.00 USD to be smuggled into the United States. Material Witnesses stated they were going to California to reunite with family or to seek employment.