UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff </br> vs. </br> Brian mitchell Edwards </br> Defendant(s) | CRIMINAL NO. 08mj1454 </br> ORDER </br> RELEASING MATERIAL WITNESS </br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Miguel Lazaro-Sarabia

DATED: 5/28/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED Andrew Peuple
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Rhee Rhone
Deputy Clerk
R. Rhone